# EXHIBIT B



**DTI**
1280 West Peachtree Street NW
Suite 330
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 774100

Invoice Date: 11/21/13

Bill To:
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518
Jennifer Carothers

Ship To:
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518

| | |
|---|---|
| Customer ID | 22351 |
| Terms | Net 15 Days |
| SalesPerson | ATL MAS |
| P.O. Number | |

| | |
|---|---|
| Job No. | 1311062 |
| ESI Project No. | |
| Client / Matter No. | SHUFORD v GWINNETT SHERIFF'S D |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **PROCESSING (Local)** | | |
| 275 | TIFF & Data Conversion (GB) | 100.00 | 27,500.00 |
| | **MEDIA (Local)** | | |
| 1 | Hard Drive Media (1-500 GB) | | |
| 31,911 | OCR | 0.01 | 319.11 |
| 31,911 | ELECTRONIC BRANDING | 0.02 | 638.22 |

RECEIVED: 11/11/2013

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 28,457.33 |
| Total Sales Tax: | 1,707.44 |
| Total: | 30,164.77 |

Accepted By: _____

**Remit To:** DTI
P.O. Box 933426
Atlanta, GA 31193-3426