IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN SHUFORD, RYAN ANISKO, ANDRES DE JESUS, and DEVIN LUNDE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> R.L. "BUTCH" CONWAY, Sheriff of Gwinnett County, Georgia, COLONEL DON PINKARD, Administrator of the Gwinnett County Jail, and LT. COL. CARL SIMS, Commander of the Rapid Response Team at the Gwinnett County Jail, <br><br> Defendants. | **CLASS ACTION** <br><br> CIVIL ACTION FILE NO. 1:13-cv-02250-SCJ |

## NOTICE OF APPEAL

COME NOW Plaintiffs Justin Shuford, Ryan Anisko, Andres De Jesus and Devin Lunde pursuant to FRAP Rule 3 and hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court entered and filed on February 12, 2015 (Doc. 166) granting Defendants' motions for summary judgment and the Clerk's Judgment on said Order terminating the case on that date (Doc. 167). Said Order and Judgment constitute a final decision

under 28 U.S.C. §1291 for which an appeal is permitted as a matter of right.

This Notice of Appeal is being filed electronically, and the payment of filing and docketing fees required by 28 U.S.C. §1913 and §1917 is being remitted electronically to the Clerk of this Court pursuant to FRAP 3(e), contemporaneously with the filing of this Notice of Appeal.

Respectfully submitted this 11th day of March, 2015.

*/s/ Craig T. Jones*
_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 W. Ponce De Leon Avenue
Decatur, GA  30030
(404) 373-1800
craig@orlandofirm.com

*/s/ John G. Cicala, Jr.*
JOHN G. CICALA, JR.
Georgia Bar No. 125624
Counsel for Plaintiffs

LAW OFFICE OF JOHN G. CICALA, JR., P.C.
P.O. Box 640
Grayson, Georgia  30017
(770) 879-5959
litigator.jgc@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing **Notice of Appeal** was served on this date via the Court's electronic filing system upon the following counsel of record:

>Richard Carothers, Esq.
>Thomas M. Mitchell, Esq,
>Angela Couch, Esq.
>Carothers & Mitchell, LLC
>1809 Buford Highway
>Buford, GA  30518

This the 11th day of March, 2015.

>>>*/s/ Craig T. Jones*
>>>Craig T. Jones
>>>Georgia Bar No. 399476
>>>Lead Counsel for Plaintiffs

THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia  30030
(404) 373-1800
craig@orlandofirm.com

3